UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN C. JOBE                                                                                              PETITIONER

v.                                                     No. 2:23-cv-2106

U.S. WESTERN DISTRICT COURT OF ARKANSAS                                       RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc. 5) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to object has passed.  The Magistrate Judge recommends that the Court dismiss Petitioner Shawn C. Jobe's petition for a writ of habeas corpus (Doc. 1) without prejudice because it names the incorrect party as the respondent, is not filed on the correct form, and fails to set forth any grounds for relief or supporting facts.  The Court has conducted careful review of this case, and concludes that the report and recommendation is proper, contains no clear error, and should be ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Shawn C. Jobe's petition for a writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.  Petitioner's motion for leave to proceed in forma pauperis (Doc. 3) is thus MOOT.

IT IS SO ORDERED this 9th day of November, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE